IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO.   2:08cr13-WKW |
| | ) |
| JERRY BENJAMIN JOHNSON, JR. | ) |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. #4) filed January 16, 2008, and for good cause shown, it is

ORDERED that the motion (Doc. #4) is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Montgomery County Jail, commanding them to deliver Jerry Benjamin Johnson, Jr., to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on January 23, 2008, at 10:30 a.m. and to return the prisoner to said official when the court shall have finished with him.

DONE this 16th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE