IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                                                   ) | CASE NUMBER:  2:08cr13-WKW |
| ) | |
| JERRY BENJAMIN JOHNSON, JR.   ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE WARDEN AND/OR KEEPER OF THE  MONTGOMERY COUNTY JAIL
                                                AT  MONTGOMERY, ALABAMA

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
         OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of JERRY BENJAMIN JOHNSON, JR., a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at Courtroom 4-B of said Court, in the City of Montgomery, Alabama, on **January 23, 2008**, at **10:30 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 16th day of January, 2008.

                                                              DEBRA P. HACKETT, CLERK
                                                              UNITED STATES DISTRICT COURT
                                                              MIDDLE DISTRICT OF ALABAMA

                                                              By: _____
                                                                       Deputy Clerk