IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CASE NO. 2:08-cr-13-WKW |
| | ) |
| **JERRY BENJAMIN JOHNSON** | ) |

## ORDER

It is ORDERED that the conclusion of the sentencing hearing is now set for **September 10, 2008, at 9:30 a.m.,** in Courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse, One Church Street, Montgomery, Alabama.

DONE this 25th day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE